■ NEW ROCHELLE PRECISION GRINDING CORP., Appellant, v. ANTHONY C. DANIELE et al., Respondents.— Two judgments of the Supreme Court, Westchester County, dated April 30, 1969 and May 13, 1969, respectively, affirmed. No opinion. Appeals from three orders of the same court, all entered June

18, 1968, dismissed as moot (cf. CPLR 5501; *Koziar* v. *Koziar*, 281 App. Div. 771; *Matter of Seltzer* v. *Wendell*, 11 A D 2d 805). Respondents are awarded a single bill of costs, to cover all the appeals. Rabin, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.